UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:13-cr-00229-JMS-TAB |
| JOSHUA BROWN (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Paul Cherry's Report and Recommendation dkt [47] recommending that Joshua Brown's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Cherry's Report and Recommendation dkt [47]. The Court finds that Mr. Brown committed Violation Numbers 1, 2, 3 and 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [39]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Brown is sentenced to the custody of the Attorney General or his designee for a period of seven (7) months with no supervised release to follow. The Court recommends placement at FCI Manchester and with mental health treatment.

Date: 8/30/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal